**FILED**
**DECEMBER 18, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------x
:                                       **PH**     **07 C 7113**
VIRIDIAN SPIRITS LLC                    :         Civil Action No.:
                                        :         _____
        Plaintiff                       :
                                        :         Judge:
v.                                      :
                                        :         Magistrate Judge:  **JUDGE GRADY**
                                        :                            **MAGISTRATE JUDGE KEYS**
NEW HOLLAND BREWING COMPANY LLC         :
                                        :         JURY TRIAL DEMANDED
        Defendant                       :
                                        :
---------------------------------------------------------------x

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

In accordance with Local Rule 3.2, Plaintiff Viridian Spirits LLC states that it is a nongovernmental corporate party with no parent corporation, and that no publicly held company owns 10% or more of its stock.

Date:  December 18, 2007                Respectfully submitted,

                                        LOEB & LOEB LLP


                                        __/s/ Daniel D. Frohling__
                                        LOEB & LOEB LLP
                                        Daniel D. Frohling, Esq.
                                        Julie P. Samuels, Esq.
                                        321 N. Clark Street, Suite 2300
                                        Chicago, Illinois 60610
                                        Tel.:  312.464.3100
                                        Fax.:  312.464.3111

                                        PROSKAUER ROSE LLP
                                        Michael T. Mervis, Esq.
                                        Jennifer deWolf Paine, Esq.
                                        1585 Broadway
                                        New York, NY  10036
                                        Tel.: 212.969.300
                                        Fax: 212.969.2900

                                        Attorneys for Plaintiff Viridian Spirits LLC