UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRIDIAN SPIRITS LLC<br><br>Plaintiff<br><br>v.<br><br>NEW HOLLAND BREWING COMPANY LLC<br><br>Defendant | Civil Action No.: 07-7113<br><br>Judge Grady<br><br>Magistrate Judge Keys<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2008, a copy of this Court's documentation regarding its Voluntary Mediation Program in Lanham Act cases was shared with Viridian Spirits LLC and served upon:

Jeffrey W. Buckman
BUCKMAN MACDONALD & BAUER PC
217 East 24th Street, Suite 201
Holland, MI 49423
Phone: (616) 394-4276
Fax: (616) 394-4319
buckman@bmbpc.com

by both Email and First Class U.S. Mail.

/s/ Julie P. Samuels
LOEB & LOEB LLP
Daniel Frohling, Esq.
Julie P. Samuels, Esq.
321 North Clark Street, Suite 2300
Chicago, IL 60610
Tel : 312.464.3100
Fax : 312.464.3111

PROSKAUER ROSE LLP
Michael T. Mervis, Esq.
Jenifer deWolf Paine, Esq.
1585 Broadway
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Attorneys for Plaintiff Viridian Spirits LLC