## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7113 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Viridian Spirits LLC vs. New Holland Brewing Co. LLC | | |

**DOCKET ENTRY TEXT**

Enter Agreed Final Judgment and Permanent Injunction, Findings of Fact.

■ [ For further detail see separate order(s).]    Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|